UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ELIZABETH HARTMAN, AMY GOODRIDGE, and CHASE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT BASIN SCIENTIFIC, INC.; DAVID SPAFFORD, an individual; RYAN ASHTON, an individual; JEFFREY RONA, an individual; SANDRA NIELSEN, an individual; KIRK CALHOUN, an individual; RONALD LABRUM, an individual; SAM CHAWLA, an individual,<br><br>Defendants. | No._____<br><br><br><br><br>NOTICE OF CONSENT |

### NOTICE OF REPRESENTATIVE PLAINTIFF'S CONSENT

I, Elizabeth Hartman, hereby consent to be a representative plaintiff in the above-captioned matter which seeks to recover unpaid wages, salaries, commissions, minimum wages, overtime wages, paid time off, employee benefits and all available remedies and damages under the Fair Labor Standards Act, the Federal WARN Act, Utah's Payment of Wages Act, and Utah common law. I hereby give consent to Lewis Hansen Pleshe Flanders, LLC and Clyde Snow & Sessions to bring suit against Great Basin Scientific, Inc. on my behalf.

*Elizabeth Hartman*
Elizabeth Hartman (Sep 22, 2017)
_____
Elizabeth Hartman

Sep 22, 2017
_____
Date

{01226633-1 }





# Notice of Consent

Adobe Sign Document History                          09/22/2017

| | |
|---|---|
| Created: | 09/21/2017 |
| By: | Kenneth Reich (k3nreich@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAT_QkWFX_whSnxX4ckXzdW9yRWjoBqa5h |

## "Notice of Consent" History

- Document created by Kenneth Reich (k3nreich@gmail.com)
  09/21/2017 - 11:07:54 AM PDT- IP address: 75.162.91.192

- Document emailed to Elizabeth Hartman (betsytruax801@gmail.com) for signature
  09/21/2017 - 11:08:53 AM PDT

- Document viewed by Elizabeth Hartman (betsytruax801@gmail.com)
  09/21/2017 - 11:43:03 AM PDT- IP address: 66.249.84.196

- Document viewed by Elizabeth Hartman (betsytruax801@gmail.com)
  09/22/2017 - 7:56:25 AM PDT- IP address: 66.249.84.221

- Document e-signed by Elizabeth Hartman (betsytruax801@gmail.com)
  Signature Date: 09/22/2017 - 7:57:08 AM PDT - Time Source: server- IP address: 67.186.236.23

- Signed document emailed to Elizabeth Hartman (betsytruax801@gmail.com) and Kenneth Reich (k3nreich@gmail.com)
  09/22/2017 - 7:57:08 AM PDT

Adobe Sign